

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2013

No. 04-11-00739-CV

Robert **VALDEZ**, Individually and as Administrator of the Estate of Pierre V. Bernard deceased and Fidelity and Casualty Company of New York,
Appellants

v.

David **HOLLENBECK**, individually and as the successor administrator of the Estate of Pierre V. Bernard, deceased, Will Francis Baron, John Bernard Baron, Bernard Rae Bernard Box, Daryl Bernard, Marcus Bernard, Barbara Streff Grachek, Pam Streff Myers, Steve Streff, Scott Streff, Yvonne Baron Fischer, Elizabeth Lamar, Kelly Lamar Loeffelholz, Jeanne Mary Lamar, John Lamar, David Lamar, Greg Lamar, Chris Lamar, Eric Lamar, Robert Rogers, Dana Rogers, John Rogers, individually, and Dana Rogers and Sherrie Ann Grogan, in their capacity as joint independent executrix of the Estate of Charles Rogers, deceased, Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2006-PC-3799
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

The panel has considered appellant's Robert Valdez's Motion for Rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court